IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZAN ALI CHAUDHRY,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>Respondent. | No. 2:19-CV-0682-TLN-DMC-P<br><br><br><br>ORDER |

The Court is in receipt of Respondent's motion to dismiss and response to this Court's order to show cause (ECF No. 7), Petitioner's opposition to the motion to dismiss (ECF No. 8), and Respondent's reply in support of the motion to dismiss (ECF No. 9). Further, the Court recognizes Petitioner was removed from the United States on April 23, 2019. As such Petitioner's counsel is ordered to file a status report addressing the following:

      1.      Whether Petitioner's counsel is currently in contact with Petitioner; and

      2.      An update on Petitioner's current status in Pakistan related to his welfare and other related information.

///
///
///
///

Accordingly, IT IS HEREBY ORDERED that Petitioner's status report shall be filed and served by **Friday, July 12, 2019**.

Dated: July 10, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE