# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZAN ALI CHAUDHRY, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, et al., <br><br> Respondent. | No. 2:19-CV-0682-TLN-DMC-P <br><br><br> <u>ORDER AND NOTICE OF HEARING</u> |

The Court is in receipt of Petitioner's status report filed July 11, 2019. ECF No 11. Based on the information provided by Petitioner's counsel in the status report, the Court finds an expedited hearing schedule appropriate for this case. As such, the Parties are instructed to take notice that on Friday, July 19, 2019, at 11:00 A.M., in Courtroom 4 a hearing for Respondent's Motion to Dismiss for Mootness will be held in the United States District Court for the Eastern District of California, before the Honorable Magistrate Judge Dennis M. Cota. The Parties are direct to appear in person.

///
///
///
///
///

1

Further, the Court orders Petitioner and Respondent to file additional, independent briefing related to the following two issues:

1. Whether this Court has subject matter jurisdiction over this case; and
2. Whether Petitioner's removal to Pakistan moots this habeas petition.

The Parties' briefs shall be filed by Wednesday, July 17, 2019, and shall not exceed fifteen (15) pages in length.

Accordingly, IT IS HEREBY ORDERED that:

1. The Parties shall appear in person on **Friday, July 19, 2019, at 11:00 A.M., in Courtroom 4** for a hearing for Respondent's Motion to Dismiss for Mootness; and
2. The Parties shall file and serve supplemental briefs, related to the above listed issues and not to exceed 15 pages in length, by **Wednesday, July 17, 2019**.

DATED: July 12, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE